IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Haffenden, Verona | Case Number: 07 B 22987 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 12/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 19, 2008
Confirmed: March 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,160.00 |  |
| Secured: |  | 80.11 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,005.42 |
| Trustee Fee: |  | 74.47 |
| Other Funds: |  | 0.00 |
| Totals: | 1,160.00 | 1,160.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,050.00 | 1,005.42 |
| 2. | Illinois Title Loans | Secured | 0.00 | 80.11 |
| 3. | Illinois Dept of Revenue | Priority | 130.83 | 0.00 |
| 4. | Internal Revenue Service | Priority | 2,244.24 | 0.00 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 8,177.38 | 0.00 |
| 6. | Capital One | Unsecured | 3,691.96 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 5,295.71 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,415.81 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 462.62 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,388.95 | 0.00 |
| 11. | Maine Township Schools CU | Unsecured | 2,090.84 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 617.57 | 0.00 |
| 13. | AFSCI | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Amex | Unsecured |  | No Claim Filed |
| 16. | RCN | Unsecured |  | No Claim Filed |
| 17. | Amercredit | Unsecured |  | No Claim Filed |
| 18. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 19. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 20. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 21. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 22. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | H&F Law | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Haffenden, Verona | Case Number: 07 B 22987 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 12/7/07 |

| | | | | |
|---|---|---|---|---|
| 26. | GEMB | Unsecured | | No Claim Filed |
| 27. | Merchandise Credit Guide | Unsecured | | No Claim Filed |
| 28. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 29. | Kane County State's Attorney | Unsecured | | No Claim Filed |
| 30. | KCA Financial Services | Unsecured | | No Claim Filed |
| 31. | Medical Collections | Unsecured | | No Claim Filed |
| 32. | M3 Financial Services | Unsecured | | No Claim Filed |
| 33. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 34. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | North Shore Radiological Serv | Unsecured | | No Claim Filed |
| 37. | Rush Medical Center | Unsecured | | No Claim Filed |
| 38. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 39. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 40. | Skokie Emergency Services LLC | Unsecured | | No Claim Filed |
| 41. | Rush North Shore Medical Ctr | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,565.91 | $ 1,085.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 4.57 |
| 6.5% | 69.90 |
| | _____ |
| | $ 74.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

